United States District Court
Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7    MICHAEL PECTOL,                          Case No.  21-cv-09489-HSG
                Plaintiff,
8                                            **ORDER ADOPTING MAGISTRATE**
         v.                                  **JUDGE'S REPORT AND**
9                                            **RECOMMENDATION REGARDING**
                                             **DISMISSAL WITH PREJUDICE**
     BRENT PECTOL, et al.,
10                                           Re: Dkt. No. 17
                Defendants.
11

12          The Court has reviewed Magistrate Judge Westmore's Report and Recommendation Re

13   Dismissal with Prejudice.  The time for objections has passed and none were filed.  On January 4,

14   2022, the copy of Judge Westmore's Report and Recommendation mailed to Plaintiff was returned

15   as undeliverable because Plaintiff failed to ensure that the address on file was valid.  *See* Dkt. No.

16   23.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every

17   respect.  Accordingly,

18          IT IS HEREBY ORDERED that this case is dismissed with prejudice for lack of

19   jurisdiction, and that all other pending motions be denied as moot.  The Court will not accept or

20   review any further submissions in this closed case, and Plaintiff is advised that emails or any other

21   communications to Court staff will not be read.

22          **IT IS SO ORDERED.**

23   Dated:  1/6/2022

24

25

26                                           HAYWOOD S. GILLIAM, JR.
                                             United States District Judge
27

28