UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PECTOL,<br>            Plaintiff,<br>   v.<br>BRENT PECTOL,<br>            Defendant. | Case No. 22-cv-04657-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Haywood S. Gilliam, Jr. to determine whether it is related to *Pectol v. Pectol, et. al*, Case No. 21-cv-09489-HSG.

**IT IS SO ORDERED**.

Dated: August 16, 2022

_____
SALLIE KIM
United States Magistrate Judge