UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL PECTOL,<br><br>        Plaintiff,<br><br>   v.<br><br>BRENT PECTOL.<br><br>        Defendant. | Case No. 5:22-cv-04604 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Haywood S. Gilliam for consideration of whether the case is related to 4:21-cv-09489 HSG, *Michael Pectol v. Brent Pectol, et al.*

**IT IS SO ORDERED.**

Dated: August 24, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 22-cv-04604 NC
SUA SPONTE JUDICIAL REFERRAL